UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Quandell Hickman
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

The City of New York.
Dpt. Shivray, Dept. Morales
Dept Carter, C.O. McNiel

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2020 SEP -3 AM 9:53
SDNY PRO SE OFFICE
RECEIVED

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Disability

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Quandell _____ Hickman _____
First Name       Middle Initial       Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC 18-18 Hazen Street (Rikers Island)
Current Place of Detention

18-18 Hazen Street
Institutional Address

East Elmhurst , N.Y.    11370
County, City       State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: _____ Last Name: Shivraj Shield #: _____
Current Job Title (or other identifying information): Deputy
Current Work Address: GRVC 09-09 Hazen Street
County, City: East Elmhurst  State: N.Y.  Zip Code: 11370

**Defendant 2:**
First Name: _____ Last Name: Morales Shield #: _____
Current Job Title (or other identifying information): Deputy
Current Work Address: G.R.V.C. 09-09 Hazen Street
County, City: East Elmhurst  State: N.Y.  Zip Code: 11370

**Defendant 3:**
First Name: _____ Last Name: Carter Shield #: _____
Current Job Title (or other identifying information): Deputy
Current Work Address: G.R.V.C. 09-09 Hazen Street
County, City: East Elmhurst  State: N.Y.  Zip Code: 11370

**Defendant 4:**
First Name: _____ Last Name: McNiel Shield #: _____
Current Job Title (or other identifying information): Security C.O.
Current Work Address: G.R.V.C. 09-09 Hazen Street
County, City: East Elmhurst  State: N.Y.  Zip Code: 11370

## V. STATEMENT OF CLAIM

Place(s) of occurrence: G.R.V.C Intake

Date(s) of occurrence: 07-09-2020  July, 9th, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On July 9th, 2020 Dept. Shivraj, Dept Morales Officer McNiel and Dept Carter forced me and threatened me to give up my Sneakers thats valued at a million Dollars even when I had multiple Sneaker passes. They didn't care about my medical condition. They even lied to me and said I would get them Back when leaving the building. I Never even got a Sneaker Voucher. I had to get my area captain to obtain a copy of Sneaker Voucher. I had to wear Patakis (Jail Sneakers) That Bruised my foot and makes my foot stiff and causes me to trip because of Nerves in foot I get Drop foot Sometimes I went to medical and they told them I Needed my Sneakers Back, they even gave me a Cane to help prevent me from falling

On 8-7-2020 in AMKC 3 upper I slipped and twisted my Akle causing me to Now use crutches and wear medical sock on foot. I dont have NO supportive foot wear and Im wearing Patakis like slippers in U.S. most Dangerous Jail.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Bruised foot, Swollen Ankle, Back pain, crutches from twisted/Sprained Ankle mental Anguish

### VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

A million Dollars For my Sneakers they Autographed Sneakers from Rapper Ray-mula They are apart of Social media Im addicted to the Lottery Challenge. #Imaddictedtothelotterychallenge and I Need Five hundred thousand For pain and Suffering Alltogeather I Need 1.5 million Dollar Also for mental Anguish

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** 8-8-2020

**Plaintiff's Signature:** [signed]

**First Name:** Quandell  **Middle Initial:** L  **Last Name:** Hickman

**Prison Address:** 18-18 Hazen Street

**County, City:** East Elmhurst  **State:** N.Y.  **Zip Code:** 11370

Date on which I am delivering this complaint to prison authorities for mailing: 8-12-2020

QUONDELL HICKMAN CALLER MENTION THAT HE GOT MEDICAL PASS TO KEEP HIS SNEAKERS THEY TOOK THEM AND THEN THEY LOST THEM. WHEN THEY SUPPOSED TO GIVE THEM BACK TO HIM.

#EC-00170032

329026

ATTACHMENT - C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

## DISPOSITION FORM

| | | |
|---|---|---|
| Grievance Reference #:<br>#EC-00170032  329026 ( 311) | Date Filed:<br>**August 4, 2020** | Facility:<br>**AMKC** |
| Inmate Name:<br>Hickman, Quandel | Book and Case#: 349-20-00756<br>*NYSID#* **09399869R** | Category:<br>Property |

From OCGS Inmate Statement Form, print or type short description of grievance:

Dept Carter, Dept Shivraj, Dept Morales, C.O. McNeill took my sneakers from me when I had numerous medical passes and explained so then told me I would get them back. When I was leaving G.R.V.C. property clerk said my sneakers was taken to dept office and now they some how disappeared.

Action Requested by Inmate:

My sneakers appear or I be compensated the million dollars for them

### STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS Conduted an investigation for Grievant Hickman, Quandell B&C# 349-20-00756
GRVC was contacted and there is no property (sneakers) for Mr. Hickman.
Mr. Hickman was informed of his right to file a claim Via Comptrollers Office for a possible reimbursement.
A Property Damage/ Loss Claim Form was given to him.
Action Requested Modified.

**CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE**
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☒ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

Inmate's Signature: *[signature]*   Date: 8-11-2020

☐ Preliminary Review Requested

Grievance Coordinator/Officer Signature: *[signature]*   Date: 8/11/2020

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Juandell Hickman 27
**Book & Case #:** 349 2000756
**NYSID #:** 09399869R
**Facility:** GRVC AMKC
**Housing Area:** 3 upper
**Date of Incident:** 7-7-2020
**Date Submitted:** 7-30-20

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Dpt Carter, Dept Shivraj, Dept morales C.O McNiel Took my Sneakers from me when I had numerous medical passes and Explained so then told me I would get them Back when I was leaving GRVC property clerk Said my Sneaker was taken to Dept Office and now they some how Disapeared

**Action Requested by Inmate:** my sneakers Appear or I Be Compensated the million Dollars for them

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☐
Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☐
Have you filed this grievance with a court or other agency? Yes ☐ No ☑
Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:** [signed]
**Date of Signature:** 7-30-2020

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP:** NYC DEPT CORRECTION 2020 AUG -4 A 10:28
**Grievance Reference #:** EC 2020 0038 / 329026
**Category:** Property
**Office of Constituent and Grievances Services Coordinator/Officer Signature:** Martin

8-7-2020

Those Yeezy's are a Starting Price of about A thousand Dollars on Stock X. MiNes are a Signed Pair From rapper Ray-Mula They are apart of Social Media Addicted to the Lottery Challenge # Im addicted to the lottery challenge Value A Million Dollars They are very special Yeezy's.

Quandell Hickman
349 20 00 756
AMKC 3upper

Hickmon, Quandel

GLUL
7/9/20

# 069398600 R
Case # 349200375 G

Shivraj Murales

# A

## CONTROL/CUFFLOCK #

### PROPERTY TAKEN:

Admission: ☐ Housing area - Specify: _____ ☐ Other - Specify: _____
Is this property taken on a search: ☐ Yes / ☐ No

#### I. Clothing

| No. | Articles | Color |
|---|---|---|
|  | Coat/Jacket |  |
|  | Pants |  |
|  | Shoes/Sneaker |  |
| 1 | Shirt/Blouse | Yeezy |
|  | Hat |  |
|  | Belt |  |

#### III. Jewelry

| No. | Article | Y | W | Description |
|---|---|---|---|---|
|  | Tooth Cap |  |  |  |
|  | Neck Chain |  |  |  |
|  | Earring |  |  |  |
|  | Charm |  |  |  |
|  | Bracelet |  |  |  |
|  | Watch |  |  |  |
|  | Ring |  |  |  |

**Please Note:**
Description Color:
Y- Yellow Metal
W- White Metal
CS- Color of Stone

**INSTRUCTIONS**
1. If you receive more than one (1) item on a line, (e.g., coat/jacket) circle appropriate item then enter the number.

#### IV. Miscellaneous

| No. | Article |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

☐ NO PROPERTY

| Name? | Y | N |
|---|---|---|

...because ... is contraband and therefore, you are not permitted to have it in your possession.
... item is voluntarily for safekeeping.

[signature] 15013 [signature]
Shield ID # Rua Valerie
Print Name

cpt
MenRych
merenych
1826

SEE PROVISIONS ON OTHER SIDE.
... PROPERTY)
Center (UPON CITY SENTENCING)

_____ Time _____

Civilian - CleRK
Property
Said Dept
Has them

# NYC HEALTH+ HOSPITALS

| **PATIENT NAME**: QUANDEL HICKMAN | **FACILITY**: EMTC |
|---|---|
| **NYSID**: 09399869R | **BOOKCASE#**: 3492000756 |

## DEPARTMENT OF CORRECTION COPY

## RECEIPT OF NOTIFICATION OF PATIENT NEED FOR SECURITY CONSIDERATIONS

### Type of Restraint Modifications required:

No restrictions

### Type of Magnetometer Alert:

Metal implant

_____
*Signature*

Ordering Provider: **Janet Runcie**
Name/Date/Time: **April 26, 2020 8:10 PM**
Printed By: **Runcie , Janet**

_____#12835_____
DOC Signature/Shield Number

### If MO Housing Required:

_____
*Facility*                        Print

Dorm: _____   Cell: _____

_____
Date

*Previously they took my sneakers and gave them back due to medical*

Property Receipt/City of New York Department of Correction

**Property Receipt**

A N° 1782761

Inmate: HICKMAN (Last), QUANDELL (First)

Institution: AMKC / EMTC

Date: 4/21/2020

- ☐ NYSID #
- ☒ Book and Case #: 349-20-00756
- ☐ Sentence #

CONTROL/CUFFLOCK #: _____

**WHERE WAS PROPERTY TAKEN:**
- ☐ Admission
- ☐ Housing Area - Specify: _____
- ☐ Other - Specify: _____

Was this property taken on a search: ☒ Yes / ☐ No

| I. Personal Items | | II. Clothing | | | III. Jewelry | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Articles | No. | Articles | Color | No. | Article | Y | W | CS |
| | Radio | | Coat/Jacket | | | Tooth Cap | | | |
| | Personal papers | | Pants | | | Neck chain | | | |
| | Pocketbook | | Belts | | | Earring | | | |
| | Gloves | 1 | Shoes/Sneaker | Blk/Red | | Charm | | | |
| | Glasses | | Shirt/Blouse | | | Bracelet | | | |
| | Wig | | Skirt | | | Watch | | | |
| | Wallet | | Boots | | | Ring | | | |
| | Keys | | Hat | | | | | | |

Identification: ☐ Yes ☐ No    On Person / Same Name? Y N

- U.S Passport
- Green Card
- Driver's License
- Other Government Issued photo ID
- Birth Certificate
- Social Security Card
- Other: _____

**Please Note:**
Description Color:
Y- Yellow Metal
W- White Metal
CS- Color of Stone

**INSTRUCTIONS**
1. If you receive more than one (1) item on a line (e.g. coat/jacket) circle appropriate item then enter the number.

**IV. Miscellaneous**

| No. | Article |
|---|---|

☐ NO PROPERTY

The above item(s) has been received from you because:
- ☐ It is not on the list of items which are permitted in this facility
- ☐ The quantity is in excess of that allowed in this facility
- ☐ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
- ☐ You have submitted the item to us voluntarily for safekeeping
- ☐ Other _____

Signature of person taking property    Shield ID #: 14757    Print Name: McMILLIAN

Signature of Inmate    Date: 4/21/2020    Time: 1620 hrs

SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE

Distribution:
White - Inmate Copy     Yellow - Duplicate (TO BE SECURED WITH PROPERTY)
Green - Inmate Legal Folder     Blue - Discharge Planning Center (UPON CITY SENTENCING)

CHS  
07/11/2020 11:49 AM  
Page 1 of 1  
Referral Form

# Referral Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lionel Desroches MD | **Service Provider:** | CHS |
| **Signing Provider:** | Lionel Desroches MD | | CHS |
| **Phone:** | (347) 774-7000 | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | QUANDEL HICKMAN | **DOB:** 08/28/1991 | **Age:** | 28 Years |
| **Home Phone:** | | **Sex:** M | **SSN:** | |
| **Work Phone:** | | **Book and Case:** 3492000756 | | |
| **Resp. Provider:** | | | | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| MEDICALOTHER | Medical Order - Other Follow-up | | KNEE JOINT PAIN, LEFT (ICD-M25.562) (ICD10-M25.562) |

| | |
|---|---|
| **Order Number:** | 557540-1 |
| **Auth#:** | |
| **Maximum Visits:** | 1 |
| **Start Date:** | 07/11/2020      **End Date:** 09/10/2039 |
| **Duration:** | 1,000 Weeks |
| **Electronically signed by:** | Lionel Desroches MD |
| **Signed on:** | 7/11/2020 11:49:29AM |
| **Reason:** | ATTN DOC Please allow pt to have supportive footwear due to medical problems |



Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| QUANDEL HICKMAN | 3492000756 |
| **NYSID:** | **PATIENT FACILITY:** |
| 09399869R | EMTC |

**04/21/2020 - Office Visit: ATTENTION DOC**
**Provider: Janet Runcie**
**Location of Care: Correctional Health Services**

PLEASE ALLOW THIS PATIENT TO HAVE SUPPORTIVE FOOTWEAR DUE TO MEDICAL PROBLEMS

**Electronically signed by Janet Runcie on 04/21/2020 at 4:41 PM**

OLO Gun

8FABULOUS 55

Sneakers

EC 00170032

Disability Rights

Shiraj
morales
carter

C.O. P
manuel
Ruiz Valerio
3 pm
@ RNC
BNJake

**NYC HEALTH+ HOSPITALS**

| PATIENT NAME: QUANDEL HICKMAN | FACILITY: AMKC |
|---|---|
| NYSID: 09399869R | BOOKCASE#: 3492000756 |

## DEPARTMENT OF CORRECTION

## NOTIFICATION OF PATIENT'S ADA CONSIDERATIONS

**Type of ADA Considerations:**

**Disabilities:**

**Assistive Device #1**: Crutches

**Device #1 Start Date:** 08/07/2020  **Device 1 End Date:** 08/10/2020

**Assistive Device #2**: Cane

**Device #2 Start Date:** 07/11/2020  **Device #2 End Date:** 08/11/2020

**Assistive Device #3**:

**Device #3 Start Date:**  **Device #3 End Date:**

**External Medical Devices:**

_____
*Signature*

Ordering Provider: **David Onuora PA**
Name/Date/Time: **August 7, 2020 10:29 PM**
Printed By: **Onuora PA, David**

_____
DOC Signature/Shield Number

**If MO Housing Required:**

_____
*Facility Name*               Print

Dorm: _____     Cell: _____

_____
Date



# HEALTH+ HOSPITALS

| **PATIENT NAME**: QUANDEL HICKMAN | **FACILITY**: GRVC |
|---|---|
| **NYSID**: 09399869R | **BOOKCASE#**: 3492000756 |

## DEPARTMENT OF CORRECTION

## NOTIFICATION OF PATIENT'S ADA CONSIDERATIONS

**Type of ADA Considerations:**

**Disabilities:**

**Assistive Device #1**: Orthopedic footwear

**Device #1 Start Date:** 07/11/2020  **Device 1 End Date:** 08/11/2020

**Assistive Device #2**: Cane

**Device #2 Start Date:** 07/11/2020  **Device #2 End Date:** 08/11/2020

**Assistive Device #3**:

**Device #3 Start Date:**   **Device #3 End Date:**

**External Medical Devices:**

_Signature_

**If MO Housing Required:**

Ordering Provider: **Lionel Desroches MD**
Print Name/Date/Time: July 11, 2020 11:40 AM
Printed By: **Desroches MD, Lionel**

_Facility Name_

Dorm: _____   Cell: _____

DOC Signature/Shield Number                                                    Date

Quandell Hickman  349 2000756
18-18 Hazen Street
East Elmhurst, N.Y. 11370

RECEIVED
SDNY PRO SE OFFICE
2020 SEP -3  AM 9: 47



U.S. District Court, N.Y.
Southern District, N.Y.
500 Pearl Street
Pro-Se Room
New York, N.Y. 10



$ 008.20
AUG 25 2020
MAILED FROM ZIP CODE 11370

7019 0700 0002 0318 5528

