```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
QUANDELL HICKMAN,                                                 :
                                                                  :
                                           Plaintiff,             :        1:20-cv-7205-GHW
                                                                  :
                       -v -                                       :        ORDER OF SERVICE
                                                                  :
THE CITY OF NEW YORK, DEPUTY                                      :
SHIVRAJ, DEPUTY MORALES, DEPUTY                                   :
CARTER, AND SECURITY C.O. MCNIEL,                                 :
                                                                  :
                                           Defendant.             :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Plaintiff, who was detained at the George R. Vierno Center on Rikers Island when he filed this complaint but has since been released, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated September 4, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.

      In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York,

GRVC Deputy Shivraj, Deputy Morales, Deputy Carter, and Security Correction Officer McNiel waive service of summons. The Clerk of Court is further directed to mail a copy of the Court's September 18, 2020 notice of initial pretrial conference to Defendants.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

    SO ORDERED.

Dated: September 18, 2020  
New York, New York

                                        GREGORY H. WOODS  
                                      United States District Judge