USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
          :
QUANDELL HICKMAN,     :
          :
          Plaintiff,   :     1:20-cv-7205-GHW
          :
      -v -     :     ORDER
          :
THE CITY OF NEW YORK, DEPUTY   :
SHIVRAJ, DEPUTY MORALES, DEPUTY   :
CARTER, AND SECURITY C.O. MCNIEL,   :
          :
          Defendants. :
          :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

    The Court has been informed that the Clerk of Court's attempt to serve Plaintiff with the Court's September 18, 2020 order, Dkt. No. 9, was unsuccessful. The mailing sent to Plaintiff at the address listed on the docket was returned to sender, without a forwarding address. The Court notes that it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so. *See* Dkt. No. 4.

    The Clerk of Court is directed to resend the Court's order at Dkt. No. 9 to Plaintiff at the address listed on the docket, along with a copy of this order.

    SO ORDERED.

Dated: October 20, 2020

                                                  GREGORY H. WOODS
                                                United States District Judge