USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                               :

QUANDELL HICKMAN,                               :

                                              Plaintiff,    :               1:20-cv-7205-GHW

                                            -v -                         :                 <u>ORDER</u>

THE CITY OF NEW YORK, DEPUTY      :
SHIVRAJ, DEPUTY MORALES, DEPUTY
CARTER, AND SECURITY C.O. MCNIEL,    :

                                      Defendants. :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        On October 14, 2020, the Court was informed that the Clerk of Court's attempt to serve Plaintiff with the September 18, 2020 order at Docket. No. 9 was unsuccessful.  The mailing sent to Plaintiff at the address listed on the docket was returned to sender, without a forwarding address.  On October 20, 2020, the Court directed the Clerk of Court to send the orders at Dkt. Nos. 9 and 15 to Plaintiff at the address listed on docket.  *See* Dkt. No. 15.  The Court has been informed that the Clerk of Court's second attempt to serve Plaintiff with the Court's orders was unsuccessful.

        It is Plaintiff's obligation to promptly submit a written notification to the Court if his address changes.  *See* Dkt. Nos. 4 and 15.  Plaintiff is directed to provide his updated address forthwith.  If Plaintiff fails to respond by November 20, 2020, the Court will dismiss this action for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

The Clerk of Court is directed to resend the Court's orders at Dkt. Nos. 9 and 15 to Plaintiff at the address listed on the docket, along with a copy of this order.

SO ORDERED.

Dated: October 30, 2020　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge