```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____                  │
│ DATE FILED: 1/23/2021                    │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                    :

QUANDELL HICKMAN,                :
                                    :

                      Plaintiff,     :                   1:20-cv-7205-GHW
                                    :

                    -v -               :                     ORDER
                                    :

THE CITY OF NEW YORK, DEPUTY    :
SHIVRAJ, DEPUTY MORALES, DEPUTY   :
CARTER, AND SECURITY C.O. MCNIEL,  :
                                    :

                    Defendants.  :
                                    :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

        The Court has received Mr. Hickman's January 12, 2021 letter.  Dkt. No. 19.  The Court has

updated Mr. Hickman's address on the docket of this case.  As Mr. Hickman may have observed

from his review of the docket in this case, the Court dismissed this action without prejudice on

November 30, 2020 for failure to prosecute, and this case is now closed.  Dkt. No. 17.  Mr.

Hickman's letter does not request that the Court take any action with respect to this matter.  If Mr.

Hickman wishes for the Court to consider vacating the dismissal of this action or taking any other

action with respect to this case, he is directed to make the request no later than February 23, 2021.

        The Clerk of Court is directed to send a copy of this order to Mr. Hickman by certified mail.

        SO ORDERED.

Dated:  January 23, 2021             _____
                                       GREGORY H. WOODS
                                     United States District Judge