```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
QUANDELL HICKMAN,                                                 :
                                                                  :
                                            Plaintiff,            :     1:20-cv-7205-GHW
                                                                  :
                       -v -                                       :     ORDER
                                                                  :
THE CITY OF NEW YORK, DEPUTY                                      :
SHIVRAJ, DEPUTY MORALES, DEPUTY                                   :
CARTER, AND SECURITY C.O. MCNIEL,                                 :
                                                                  :
                                            Defendants.           :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court has received Mr. Hickman's March 15, 2021 letter. Dkt. No. 25. The Court will not email its orders to Mr. Hickman. However, Mr. Hickman may choose to sign up for an account on the Court's electronic case filing ("ECF") system, which will electronically notify him of any docket activity. Mr. Hickman may contact the District's *Pro Se* Intake Unit for further information.

The Court will hold a teleconference on **March 29, 2021 at 10:00 a.m.**, as scheduled. The parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to send a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: March 18, 2021
New York, New York
                                                          _____
                                                          GREGORY H. WOODS
                                                          United States District Judge