USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
QUANDELL HICKMAN,                                             :
:
                               Plaintiff,    :      1:20-cv-7205-GHW
:
              -v -                                               :      <u>ORDER</u>
:
THE CITY OF NEW YORK, DEPUTY                                  :
SHIVRAJ, DEPUTY MORALES, DEPUTY                               :
CARTER, AND SECURITY C.O. MCNIEL,                             :
:
                             Defendants.   :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       As stated on the record during the March 29, 2021 conference, counsel for the City of New York is directed to submit a letter to the Court by no later than April 1, 2021, stating whether counsel will be representing the individual defendants named in this action and whether defendants Deputy Morales and Security C.O. McNiel will be waiving service.

       The deadline for Defendants to answer or otherwise respond to the complaint is April 29, 2021.

       The Clerk of Court is directed to send a copy of this order to Plaintiff by certified mail.

       SO ORDERED.

Dated: March 29, 2021
New York, New York
                                               GREGORY H. WOODS
                                        United States District Judge